**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Plaintiff,<br><br>    v.<br><br>CORINTHIAN COLLEGES, INC. d/b/a Everest College, Everest Institute, Everest University, Everest University Online, Everest College Phoenix, Everest College Online, WyoTech, and Heald College,<br><br>    Defendant. | Case Number 1:14-cv-07194<br><br>Hon. Gary Feinerman |

## **CORINTHIAN COLLEGES' LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2, Corinthian Colleges, Inc. ("CCi"), by and through counsel, states as follows:

1. CCi is a non-governmental entity. No publicly-held entity owns more than 5% of CCi.

Dated: November 4, 2014                      Respectfully submitted,

                                                             /s/ Sean M. Berkowitz_____
                                                             Sean M. Berkowitz (# 6209701)
                                                             Latham & Watkins LLP
                                                             330 North Wabash Ave., Suite 2800
                                                             Chicago, IL 60611
                                                             (312) 876-7700
                                                             Sean.Berkowitz@lw.com

                                                             *Attorney for CCi*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 4th day of November, 2014, a copy of the foregoing was filed electronically and served by the Court's CM/ECF System on all counsel of record.

        /s/ Sean M. Berkowitz
        Sean M. Berkowitz (# 6209701)
        Latham & Watkins LLP
        330 North Wabash Ave., Suite 2800
        Chicago, IL 60611
        (312) 876-7700
        Sean.Berkowitz@lw.com

        *Attorney for CCi*